FILED
MAR 04 2020
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NORTH VALLEY DERMATOLOGY CENTER,<br><br>        Debtor. | Case No. 20-20457-C-11 |

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the United States Trustee shall appoint a Chapter 11 Trustee in the North Valley Dermatology Center Chapter 11 case pursuant to 11 U.S.C. § 1104.

Dated: _____
United States Bankruptcy Judge

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

U.S. TRUSTEE
501 I Street #7-500
Sacramento, CA 95814

North Valley Dermatology Ctr
251 Cohasset Rd., Suite 260
Chico, CA 95926

Jason E. Rios
500 Capitol Mall, Suite 2250
Sacramento, CA 95814

Jamie P. Dreher
621 Capitol Mall 18th Fl
Sacramento CA 95814

James J. Banks
901 F Street, Suite 200
Sacramento CA 95814

Daniel L. Egan
400 Capitol Mall 22nd Fl
Sacramento CA 95814