**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** North Valley Dermatology Ctr

**Case No.:** 20-20457 - C - 11

**Docket Control No.** DB-2

**Date:** 03/04/2020
**Time:** 11:00 AM

**Matter:** [69] - Motion/Application to Convert Case From Chapter 11 to Chapter 7 [DB-2] Filed by Creditors Barbara On, Omar Jay On (Fee Paid $15) (eFilingID: 6701424) (mfrs)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Diamond Reporters**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
Creditor's Attorney - James J. Banks; Creditor's Attorney - Jamie P. Dreher
**Respondent(s):**
Debtor's Attorney - Jason E. Rios; U.S. Trustee's Attorney - Jason M. Blumberg; Interested Party - Dr. Stephan Vannucci;  Attorney for Interested Party - Kevin Vonson

---

**CIVIL MINUTES**

Motion Granted in part; Chapter 11 Trustee to be appointed by the United States Trustee's Office.

Findings of fact and conclusions of law stated orally on the record

   **Chambers to prepare Order**