**4**

**J. RUSSELL CUNNINGHAM, SBN 130578**
**NICHOLAS L. KOHLMEYER, SBN 299087**
**BENJAMIN C. TAGERT, SBN 330242**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone: (916) 443-2051
Facsimile: (916) 443-2651

Proposed Attorneys for Kimberly J. Husted
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 20-20457-C-11<br>Chapter 11 |
| NORTH VALLEY DERMATOLOGY CENTER, | DNL-1 |
| Debtor. | |

**TRUSTEE'S APPLICATION TO EMPLOY DESMOND, NOLAN, LIVAICH & CUNNINGHAM PURSUANT TO AN HOURLY FEE AGREEMENT**

KIMBERLY J. HUSTED ("Trustee"), in her capacity as Chapter 11 trustee for the bankruptcy estate of NORTH VALLEY DERMATOLOGY CENTER ("Debtor"), hereby applies for an order approving the employment of DESMOND, NOLAN, LIVAICH AND CUNNINGHAM ("DNLC") as her general counsel pursuant to an hourly fee agreement, effective March 14, 2020. In support of her application, the Trustee submits the following:

**JURISDICTION AND BACKGROUND**

1. Jurisdiction for this application exists pursuant to 11 U.S.C. § 1334 and 28 U.S.C. § 157(b)(2)(A). Venue is proper pursuant to 28 U.S.C. § 1409(a). The Trustee's application to employ DNLC is made pursuant to 11 U.S.C. § 327.

1

2.	On January 28, 2020, the Debtor commenced the above-captioned bankruptcy case by filing a voluntary Chapter 11 petition. On March 14, 2020, the Court granted UST-2, the United States Trustee's motion for an order appointing a trustee in the Debtor's case. The Trustee is the duly appointed Chapter 11 trustee for the Debtor's bankruptcy estate.

**BASIS FOR RELIEF**

3.	By this application, the Trustee requests that DNLC serve as her general counsel in this case, to among other things, assist the Trustee in the investigation, marshaling, and liquidation of the estate's assets.

4.	The Trustee desires court approval to employ DNLC since attorneys at DNLC are experienced and well qualified to handle complex bankruptcy matters. The terms of the employment consist of an hourly fee per lode star for all services.

5.	The current hourly rates for DNLC's attorneys who may work on the matter are:

| | |
|---|---|
| Gary Livaich | $500 |
| William W. Nolan | $400 |
| J. Russell Cunningham | $425 |
| Brian T. Manning | $350 |
| Edward K. Dunn | $275 |
| Kristen Ditlevsen Renfro | $325 |
| Nicholas Kohlmeyer | $275 |
| Benjamin Tagert | $175 |

6.	An hourly fee agreement is in the best interest of the estate for the services DNLC will provide.

7.	J. Russell Cunningham has caused a conflicts check to be performed on behalf of DNLC. The names checked by DNLC staff include the name of the Debtor, United States Trustee, and the names of all of the persons or entities listed in the creditors' mailing matrix.

8.	As disclosed in the supporting declaration of Mr. Cunningham, DNLC currently represents, and has in the past represented, the Trustee in matters unrelated to the Debtor's case. DNLC also currently represents, and has in the past represented, other bankruptcy trustees in connection with their duties in matters unrelated to this case. The United States Trustee and persons employed by the Office of the United States Trustee have also been involved in those matters.

9. The Office of the U.S. Trustee is listed as a creditor in this case. DNLC currently represents, and has in the past represented, the Trustee and other bankruptcy trustees in cases in which the Office of the U.S. Trustee has been involved.

10. The INTERNAL REVENUE SERVICE ("IRS"), the FRANCHISE TAX BOARD ("FTB"), and the EMPLOYMENT DEVELOPMENT DEPARTMENT ("EDD") are listed as creditors in this case. DNLC has been involved in prior unrelated matters in which the IRS, FTB and EDD were involved. Also, certain members of DNLC have in the past been employed by the FTB.

11. Wells Fargo Vendor Financial Services is listed as a creditor in this case. DNLC is presently, and has in the past been, involved in matters unrelated to the Debtor's case in which Wells Fargo is involved. Also, certain members of DNLC have, or have had, open creditor and/or deposit accounts with Wells Fargo.

12. DNLC currently represents, and has in the past represented, the Trustee and other bankruptcy trustees in cases unrelated to this case in which the Debtor's attorney of record, Jason E. Rios, has been involved.

13. DNLC currently represents, and has in the past represented, the Trustee and other bankruptcy trustees in cases unrelated to this case in which the following creditors' attorneys of record have been involved: Jamie P. Dreher, Douglas B. Jacobs, and Daniel Egan.

14. Mark Seo is an e-discovery consultant with whom the Trustee has consulted and intends to engage in connection with the Debtor's case. The Trustee and DNLC have worked with Mr. Seo in other cases in the past. Mr. Seo and Mr. Cunningham are long time personal friends.

15. Except as set forth herein, DNLC and its members have no connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

///

///

///

WHEREFORE, the Trustee requests that the Court approve her employment of DNLC as her counsel to perform the professional services required by her, and further, that the fees and expenses incurred as a result be allowed as an administrative expense, payable from funds of the estate upon application pursuant to 11 U.S.C. § 330.

Dated: March 20, 2020         **DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

By: /s/ J. RUSSELL CUNNINGHAM
**J. RUSSELL CUNNINGHAM,**
Proposed Attorneys for Kimberly J. Husted
Chapter 11 Trustee

Approved as to Form:

*[signature]*

**Kimberly J. Husted,**
Chapter 11 Trustee

4